LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
PT APOL JAYA OF JAKARTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PT APOL JAYA OF JAKARTA,

                Plaintiff,

  - against -

NORTH CHINA SHIPPING CO. LTD.,

                Defendant.
------------------------------------------------------------------X

**ECF CASE**

07 Civ. 8372 (SHS)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff PT APOL JAYA OF JAKARTA, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: September 26, 2007

                LYONS & FLOOD, LLP
                Attorneys for Plaintiff
                PT APOL JAYA OF JAKARTA,

By: _/s/ Kirk M. Lyons_
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2631003\Pleadings\Rule 7.1-.doc