AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PT APOL JAYA OF JAKARTA,

    Plaintiff,

-against-

NORTH CHINA SHIPPING CO. LTD.,

    Defendant.

## APPEARANCE

Case Number: 07 CIV. 8372 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CLAIMANT:
NORTH CHINA SHIPPING LIMITED

I certify that I am admitted to practice in this court.

2/8/2008
Date

Signature

Tulio R. Prieto      8455
Print Name      Bar Number

Cardillo & Corbett, 29 Broadway
Address

New York      New York      10006
City      State      Zip Code

(212) 344-0464      (212) 797-1212
Phone Number      Fax Number