USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PT APOL JAYA OF JAKARTA,

                Plaintiff,

- against -

NORTH CHINA SHIPPING CO. LTD.,

                Defendant.
---------------------------------------------------------------X

ECF CASE

07 Civ. 8372 (SHS)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the undersigned attorneys for the parties herein, that the above-captioned matter be and hereby is dismissed without prejudice and without costs to any party.

Dated: New York, New York
       June 23, 2008

LYONS & FLOOD, LLP
Attorneys for Plaintiff
PT APOL JAYA
OF JAKARTA

By: _____ 6/23/08
Kirk M. Lyons
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

CARDILLO & CORBETT
Attorneys for Claimant
NORTH CHINA SHIPPING
LIMITED

By: _____
Tulio R. Prieto (TP 8455)
29 Broadway
New York, New York 10006
(212) 344-0464

SO ORDERED: 6/23/08

_____
U.S.D.J.

U:\kmhldocs\2631003\Pleadings\Stip and Dismissal.doc